AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

FILED IN OPEN COURT
JACKSONVILLE, FLORIDA
6·25·2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| United States of America<br>v.<br>Abhishek Shah<br><br>*Defendant(s)* | ) ) ) ) ) ) ) | Case No.<br>3:25-mj-1288-MCR |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 25, 2025__ in the county of __Duval__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(4)(B) and (b)(2) | Possession of Child Pornography |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

SA Benjamin J. Luedke - HSI
Printed name and title

Sworn to before me and signed in my presence.

Date: 6/25/25

_____
Judge's signature

City and state: Jacksonville, FL          MONTE C. RICHARDSON - MAGISTRATE JUDGE
Printed name and title

## AFFIDAVIT

I, Benjamin J. Luedke, being duly sworn, hereby state as follows:

1. I am a Special Agent (SA) with Homeland Security Investigations (HSI), the investigative arm of Immigration and Customs Enforcement (ICE), formerly known as the United States Customs Service. I have been assigned to the Office of the Assistant Special Agent in Charge, Jacksonville, Florida since August 2007. Prior to that, I was assigned to the Blaine, Washington office, beginning in July of 2002. I am a law enforcement officer of the United States and am thus authorized by law to engage in or supervise the prevention, detection, investigation or prosecution of violations of federal criminal law. I am responsible for enforcing federal criminal statutes under the jurisdiction of HSI, including violations of law involving the exploitation of children. I have attended the Basic Criminal Investigator School and the United States Immigration and Customs Enforcement Academy at the Federal Law Enforcement Training Center in Brunswick, Georgia, and I have received training in the area of customs laws. In my capacity as a Special Agent, I have participated in numerous types of investigations during which I have conducted or participated in physical surveillance, undercover transactions and operations, historical investigations, extradition cases and other complex investigations. Prior to my employment with HSI, I worked as a federal police officer with the U.S. Capitol Police from June 2000 to March 2002. Since becoming a Special Agent, I have worked with experienced Special Agents and state and local law enforcement officers who also investigate child exploitation offenses.

2. I have investigated and assisted in the investigation of criminal matters involving the sexual exploitation of children that constituted violations of 18 U.S.C. §§ 2251, 2252, 2252A, 2422, and 2423, as well as Florida state statutes that criminalize sexual activity with minors and other methods of child sexual exploitation. In connection with such investigations, I have served as case agent and have served as an undercover agent in online child exploitation cases. During the course of my investigations, I have worked closely with members of the local child exploitation task force comprised of agents and officers from HSI, the Federal Bureau of Investigation (FBI), the Florida Department of Law Enforcement (FDLE), the Jacksonville Sheriff's Office (JSO), the St. Johns County Sheriff's Office (SJSO), the Clay County Sheriff's Office (CCSO), and the Putnam County Sheriff's Office, among other agencies. These agencies routinely share information involving the characteristics of child sex offenders as well as investigative techniques and leads. As a federal agent, I am authorized to investigate and assist in the prosecution of violations of laws of the United States, and to execute search warrants and arrest warrants issued by federal and state courts.

3. The statements contained in this affidavit are based on information I obtained from my personal observations as well as from records and information directly provided to me by other law enforcement officers and personnel. This affidavit is being submitted for the limited purpose of establishing probable cause for the filing of a criminal complaint, and I have not included each and every fact known

to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause that ABHISHEK SHAH committed a violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2), that is, knowing possession of visual depictions of minors engaging in sexually explicit conduct.

4. This affidavit is made in support of a criminal complaint against ABHISHEK SHAH, that is, in Duval County, on or about June 25, 2025, in the Middle District of Florida, SHAH did knowingly possess a matter that contained visual depictions that had been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce, by any means, when the production of the visual depictions involved the use of minors engaging in sexually explicit conduct, and the visual depictions were of such conduct, and these depictions involved prepubescent minors in violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2).

5. On June 20, 2025, I applied for and obtained a federal search warrant for the premises located at 7925 Mount Rainier Drive, Jacksonville, FL 32256 from United States Magistrate Judge Monte C. Richardson in Case No. 3:25-mj-1286-MCR, which I believed to be occupied by SHAH, along with other individuals. A copy of the application for that search warrant is attached to hereto as Exhibit 1, and the facts and information contained therein are hereby incorporated by reference.

6. On June 25, 2025, I, together with other HSI agents, HSI Task Force Officers, and law enforcement officers, executed this federal search warrant on the premises located at 7925 Mount Rainier Drive, Jacksonville, FL 32256. During the

search of the residence, a backpack was discovered in SHAH's bedroom. Within the backpack was an HP laptop and a Samsung Micro SDXC 400 GB Card. The Samsung Micro SDXC 400 GB Card bears a mark indicating it was manufactured in Taiwan.

7.  A preliminary examination of the Samsung Micro SDXC 400 GB Card on scene by Computer a Forensic Analyst (CFA) and me revealed at least one file containing child pornography. The file was stored in a folder titled "New Folder." A description of the file is as follows:

File Name: dirtyshame.info_Sophy 16yo Russian teen model.avi

Description: This file is a color video approximately 3:17 in length. At the onset of the video a prepubescent female child is standing on what appears to be a bed. The child is completely nude. The person operating the camera pans around to get a full view of the child's nude body to include a close up of her face, breasts, and bare vagina. At approximately the 40 second mark the child kneels down onto the bed and then lays face down on the bed. The camera view then zooms in on the child's vagina and anus. The child then flips over onto her back with her legs spread and the camera operator again zooms in on her bare vagina. The child appears to be taking direction from the camera operator and at approximately the 1:59 mark uses her hands to spread open her vagina while the camera is zoomed in. The child then gets onto her hands and

knees with her legs spread and the camera zooms in on her vagina and anus.

I believe this is a prepubescent child due to the child-like facial features, very minor breast development, and lack of visible pubic hair.

Additional files with CSAM indicative titles such as "Pthc – Real 15yo with Boyfriend – Great.avi" and a file title which include "LS Magazine," which I know form my training and experience is a known source of CSAM files, were discovered on the Samsung Micro SDXC 400 GB Card. During a preview of the HP laptop, torrent files indicative of use in peer-to-peer applications, along with CSAM indicative file titles, were discovered.

11. Based upon the foregoing facts, I have probable cause to believe that on or about June 25, 2025, in Duval County, in the Middle District of Florida, ABHISHEK SHAH did knowingly possess a matter that contained visual depictions that had been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce, by any means, when the production of the visual depictions involved the use of minors engaging in sexually explicit conduct, and the visual depictions were of such conduct, and these depictions involved prepubescent minors in violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2).

_____
BENJAMIN J. LUEDKE, Special Agent
Homeland Security Investigations

Subscribed and sworn to before me this 25th day of June, 2025, at Jacksonville, Florida.

_____
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

6